**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

TZIPORAH BRAUN, individually and on behalf of all others similarly situated,

Plaintiff,

25 **CIVIL** 5673 (PMH)

-against-

**JUDGMENT**

TRANSWORLD SYSTEMS INC.; LVNV FUNDING LLC,

Defendants.

----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated August 11, 2026, Defendants' motion to dismiss is GRANTED and Plaintiff's request for leave to amend, made in the alternative in her opposition brief, is DENIED; accordingly, the case is closed.

**DATED**: New York, New York
August 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**